```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        ) 1:12-cr-0233 LJO-SKO
                                     )
12              Plaintiff,           )
                                     )
13       v.                          ) STIPULATION RE:
                                     ) CONTINUANCE AND ORDER
14  RAMON MANJARREZ-DEL VAAL,        )
                                     )
15                                   )
                Defendant.           )
16  _____)
17
```

18       Defendant RAMON MANJARREZ-DEL VAAL, by and through his
19  attorney, HARRY DRANDELL, and the United States of America, by and
20  through its attorneys, BENJAMIN B. WAGNER, United States Attorney,
21  and KAREN A. ESCOBAR, Assistant United States Attorney, hereby
22  enter into the following stipulation:
23       1.   The parties to the above-captioned matter have entered
24  into a plea agreement and would like to set the matter for a
25  change of plea on December 10, 2012, at 8:30 a.m. before this
26  Court.
27       2.   The parties to the above-captioned matter therefore agree
28  to vacate the December 3, 2012, status conference date in this

1

matter.

3. The parties stipulate that time would be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties an opportunity to effectuate their plea agreement.

DATED: November 29, 2012     Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By /s/ Karen A. Escobar
  KAREN A. ESCOBAR
  Assistant U.S. Attorney

DATED: November 29, 2012     /s/ Gary Huss
HARRY DRANDELL
Attorney for Defendant
RAMON MANJARREZ-DEL VAAL

O R D E R

Having read and considered the parties' stipulation to vacate the status conference date of December 3, 2012, and reset the matter for a change of plea on December 10, 2012, at 8:30 a.m.,

IT IS THE ORDER of the Court that the status conference currently set for December 3, 2012, is hereby vacated and the matter is reset for a change of plea on December 10, 2012, at 8:30 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties an

2

1 | opportunity to effectuate their plea agreement.
2 |     WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in
3 | the interest of justice.
4 | IT IS SO ORDERED.
5 | **Dated:   November 29, 2012**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE